IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL THOMASTON,                         )
                         Plaintiff,        )
                                           )
        vs.                                ) Civil Action No. 12-161
                                           ) Judge Arthur J. Schwab
PHYSICIAN ASSISTANT                        ) Magistrate Judge Maureen P. Kelly
CHRISTOPHER MEYER;                         )
SUPERINTENDENT BRIAN V.                    )
COLEMAN; UNIT MANAGER                      )
REBECCA PETRUS; UNIT MANAGER               )
SCOOT HOWELL,                              ) ECF Nos. 20, 31
                         Defendants.       )

## **O R D E R**

AND NOW, this <u>12th</u> day of December, 2012, after the Plaintiff, Michael

Thomaston, filed an action in the above-captioned case, and after a Motion to Dismiss was filed

by the DOC Defendants, [ECF No. 20], and a Motion to Dismiss was filed by Defendant Meyer

[ECF No. 31],  and after a Report and Recommendation was filed by the United States

Magistrate Judge granting the parties until December 14, 2012, to file written objections thereto,

and upon consideration of the objections filed by the Plaintiff, and upon independent review of

the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which

is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss filed by the DOC Defendants,

[ECF No. 20], and the Motion to Dismiss filed by Defendant Meyer, [ECF No. 31], are

GRANTED.  THE CLERK OF COURT SHALL MARK THIS CASE CLOSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided

in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700

Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court,

/s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: Honorable Maureen P. Kelly
  United States Magistrate Judge

  Michael Thomaston
  DE-7486
  SCI Fayette
  P.O. Box 9999
  Labelle, PA 15450-0999

  All Counsel of Record by electronic filing

2